No. 74–262. RICCI v. COUNTY OF RIVERSIDE ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–269. BRIAN, SECRETARY, HUMAN RELATIONS AGENCY, ET AL. v. CALIFORNIA WELFARE RIGHTS ORGANIZATION ET AL. Sup. Ct. Cal. Certiorari denied.

No. 74–270. KELLEY, DIRECTOR OF DEPARTMENT OF CONSERVATION OF ALABAMA, ET AL. v. MOBIL OIL CORP. C. A. 5th Cir. Certiorari denied.

No. 74–288. LOCAL 1426, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. WILMINGTON SHIPPING CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–295. FUR INFORMATION & FASHION COUNCIL, INC., ET AL. v. E. F. TIMME & SON, INC. C. A. 2d Cir. Certiorari denied.

No. 74–302. TJADEN v. TJADEN. Ct. App. La., 2d Cir. Certiorari denied.

No. 74–305. CONIGLIO v. HIGHWOOD SERVICES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–311. SWOAP, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE, ET AL. v. COOPER ET AL. Sup. Ct. Cal. Certiorari denied.

No. 74–312. SWOAP, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE, ET AL. v. WAITS ET AL. Sup. Ct. Cal. Certiorari denied.